# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-3107

_____

Kenneth Shibley,                                 *
                                                 *
            Appellant,                           *
                                                 *
      v.                                         *     Appeal from the United States
                                                 *     District Court for the
National Aeronautics and Space                   *     Eastern District of Arkansas.
Administration; Max Mobley, Deputy               *
Director, Arkansas Department of                 *
Correction; Donna Kingsland, R.N.,               *     [UNPUBLISHED]
Grimes Unit, ADC; Newport Hospital,              *
                                                 *
            Appellees.                           *

_____

Submitted: February 17, 2005
Filed: February 23, 2005

_____

Before BYE, RILEY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Kenneth Shibley appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we

---

[1] The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendation of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.

conclude dismissal was proper for the reasons stated by the district court. Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____